UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                         CASE NO.: 2:22-cr-127-SPC-NPM

SHLANDA TERESA JOHNSON

**ORDER**

Before the court is Defendant Shlanda Johnson's Motion for Authorization to Submit Travel Related Expense. (Doc. 51.) In the motion, defense counsel seeks Court approval of travel that was undertaken to attend several hearings set by the undersigned regarding Johnson's bond. Considering the circumstances, which include the Court's directive for in-person attendance, the Court finds the travel reasonable. Counsel may submit for travel-related reimbursement as outlined in the motion.

**ORDERED** on April 25, 2023.

Kyle C. Dudek
United States Magistrate Judge